Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0461

Allen Winston Guthrie v. Robert B. Tuten and John M. McDaniel (Appeal from Madison Circuit Court: CV-23-144).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.